JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00259-WLH-1 |
| Date | 6/3/2025 |
| Present: The Honorable | WESLEY L. HSU |
| Interpreter | F. Javier Villalobos, Jesus Rivera and Alejandro Franco |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| HOLIDAE CRAWFORD | SUZANNE MCKENNON | Lindsay M Bailey / Alix Rose Sandman |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jose Antonio Bonilla | X | X | | Kyra Kristine Nickell / Jake Crammer | X / X | X / X | |

___ Day COURT TRIAL     2nd Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    ___ Held & continued;    X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

X Government rests.     X Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

X Motion for judgment of acquittal (FRCrP 29) is ___ granted X denied ___ submitted

X Closing arguments made     X Court instructs jury     X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused     X Jury retires to deliberate     ___ Jury resumes deliberations

X Finding by Court as follows:

| | | | |
|---|---|---|---|
| Dft # 1 | ___ found guilty on counts | X found not guilty on counts ONE |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |

___ Jury polled     X Polling waived

X Filed Witness & Exhibit lists     X Filed Jury notes     X Filed Jury Instructions     X Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

X Dft # ___ remanded to custody.     X Remand/Release# ___ issd.     X Dft # 1 released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

___ Other: _____

                                                                2 : 05
                                        Initials of Deputy Clerk HC

X USM  X USPPO

CR-78 (04/23)                     CRIMINAL MINUTES - TRIAL                     Page 1 of 1