FILED
CLERK, U.S. DISTRICT COURT

06/03/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ PM ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA | Case No. 2:25-cr-00259-WLH-1 |
| Plaintiff, | |
| v. | **JURY NOTE NO.** ___1___ |
| JOSE ANTONIO BONILLA | |
| Defendant(s). | |

☒ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: 6/3/25



PRESIDING JUROR

1.