UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO BONILLA,<br><br>    Defendant. | No. CR 25-259-WLH<br><br><u>VERDICT FORM</u> |

**VERDICT**

We, the jury in the above-captioned case, unanimously find the defendant JOSE ANTONIO BONILLA:

    ✓    NOT GUILTY

    ___    GUILTY

of being an illegal alien found in the United States following deportation.

6/3/2025
DATED

REDACTED
FOREPERSON

REDACTED